[No. 64366-5-I. Division One. March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD WINFORD STARLING III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03974-3, Mary Yu, J., entered September 29, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 64454-8-I. Division One. March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED JUNIOR BINSCHUS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00401-6, Charles R. Snyder, J., entered November 9, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 64508-1-I. Division One. March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLEM A. VAN HEUVEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12212-0, Catherine D. Shaffer, J., entered November 23, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

[No. 64527-7-I. Division One. March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DARNELL RASHAR DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11631-6, Michael Hayden, J., entered November 23, 2009. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.